Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−32712−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antonio Chipelo | Jennifer Chipelo |
| 7 Terry Lane | 7 Terry Lane |
| Wharton, NJ 07885 | Wharton, NJ 07885 |

Social Security No.:
  xxx−xx−7791                          xxx−xx−2627

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         2/13/20
Time:        08:30 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 10, 2020
JAN: smz

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-32712-JKS
Antonio Chipelo                                                        Chapter 13
Jennifer Chipelo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3           Date Rcvd: Jan 10, 2020
                            Form ID: 132             Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
```
db/jdb         +Antonio Chipelo,    Jennifer Chipelo,    7 Terry Lane,    Wharton, NJ 07885-2530
518604079      +Anesthesia Associates of Morristown,    P.O. Box 24002,    Newark, NJ 07101-0410
518604081      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518604082      +BCD Health Partners, LLC,    160 Pehle Ave, Ste. 302,    Saddle Brook, NJ 07663-5227
518604094       CMRE Financial Services,    3075 E. Imperial Hwy, Ste. 200,    Brea, CA 92821-6753
518604093       CMRE Financial Services,    Attn: Atlantic Medical Group,    3075 E. Imperial Hwy, Ste. 200,
                 Brea, CA 92821-6753
518604084      +Caine & Weiner,    12005 Ford Rd.,    Dallas, TX 75234-7262
518604083      +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518604095      +Credit Control,    Attn: American Honda Finance Corporation,    POB 34111,
                 Memphis, TN 38184-0111
518604096      +Crossroads Healthcare Mgmt.,    P.O. Box 090360,    Staten Island, NY 10309-0360
518604098      +David B. Watner,    1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
518604097      +David B. Watner,    Attn: Anesthesia Assoc of Morristown,    1129 Bloomfield Ave., Suite 208,
                 Caldwell, NJ 07006-7123
518604099      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518604101      +Distressed Asset Portfolio,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
518604103      +Emergency Physicians of Saint Clares LLC,    P.O. Box 808,    Grand Rapids, MI 49518-0808
518604105      +F.H. Cann & Associates, Inc.,    1600 Osgood St., Suite 20-2/120,    North Andover, MA 01845-1048
518604107     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
518604106      +Fingerhut Companies, Inc.,    7075 Flying Cloud Drive,    Eden Prairie, MN 55344-3532
518604110      +GS Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
518604111      +HSS Collection Agency,    PO Box 116,    Cliffside Park, NJ 07010-0116
518604112      +IC Systems, Inc.,    444 Highway, 96 East,    Saint Paul, MN 55127-2557
518604115      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518604121      +LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
518604117      +Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
518604119      +Lakeview Loan Servicing, LLC,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
518604118      +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
518604123      +Lifeline Medical Associates,    PO Box 416555,    Boston, MA 02241-6555
518604122       Lifeline Medical Associates,    PO Box 5190,    Parsippany, NJ 07054-6190
518604128      #MCS Claim Services,    123 Frost Street, Ste. 202,    Westbury, NY 11590-5027
518604127      #MCS Claim Services,    Attn: St Josephs Wayne Hospital,    123 Frost Street, Ste. 202,
                 Westbury, NY 11590-5027
518604132      +MIdland Funding LLC,    Attn: Credit One Bank,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518604135    ++++MORRIS IMAGING ASSOC.,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
               (address filed with court: Morris Imaging Assoc.,    PO Box 6750,    Portsmouth, NH 03802)
518604126      +Maternal Fetal Medicine,    P.O. Box 416524,    Boston, MA 02241-6524
518604130      +Midatlantic Neonatology,    PO Box 10356,    Newark, NJ 07193-0356
518604133      +Morris County Gastro. Assoc., PA,    16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604140      +Northstar Location Services, LLC,    4285 Genessee St.,    Cheektowaga, NY 14225-1943
518604139      +Northstar Location Services, LLC,    Attn: Financial Services Department,    4285 Genessee St.,
                 Cheektowaga, NY 14225-1943
518604143      +Phillips & Cohen Associates, LLC.,    Mail Stop: 147,    1002 Justison Street,
                 Wilmington, DE 19801-5148
518604144      +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518604145      +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518604147      +Radius Global Solutions, LLC,    Attn: Khols Capital One, N.A.,    POB 390846,
                 Minneapolis, MN 55439-0846
518604148       Saint Clare's Health Sys,    PO Box 35577,    Newark, NJ 07193-5577
518604149      +Santander Bank N.A.,    75 State Street,    Boston, MA 02109-1827
518604150      +St. Joseph Regional Medical Center,    P.O. Box 32035,    New York, NY 10087-2035
518604153      +The Bradford Exchange,    9333 N. Milwaukee Ave.,    Niles, IL 60714-1392
518604154      +The Progressive Corporation,    6300 Wilson Mills Road,    Mayfield VIillage, OH 44143-2182
518627848      +U.S Department of HUD,    26 Federal Plaza,    Suite 3541,    New York, NY 10278-0004
518646868      +Unifund CCR, LLC,    Tsarouhis Law Group,    21 South 9th Street,    Allentown, PA 18102-4861
518604156      +Unifund CCR, LLC to Capital One Bank,    Attn: Kristen Mary Sinclair,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
518604157      +Vanguard Medical,    700 Route 46 East, Ste. 450,    Fairfield, NJ 07004-1583
518604158       Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518604077       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2020 00:32:08     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jan 10, 2020
                              Form ID: 132             Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518608076         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2020 00:32:08
                  American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                  Irving, TX 75016-8088,    Bankruptcy Court
518604080        +E-mail/Text: g20956@att.com Jan 11 2020 00:32:42       AT&T,    PO Box 2969,
                  Omaha, NE 68103-2969
518604088         E-mail/Text: ering@cbhv.com Jan 11 2020 00:31:47       CBHV,    PO Box 831,
                  Newburgh, NY 12551-0831
518604085        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2020 00:36:48
                  Capital One Bank US, NA,    15000 Capital One Drive,    Henrico, VA 23238-1119
518604087        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:36:42
                  Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
518604089        +E-mail/Text: bankruptcy@certifiedcollection.com Jan 11 2020 00:31:42
                  Certified Credit & Collection Bureau,    Attn: St. Clares Dober OP,    PO Box 336,
                  Raritan, NJ 08869-0336
518604090        +E-mail/Text: bankruptcy@certifiedcollection.com Jan 11 2020 00:31:42
                  Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518604100         E-mail/Text: mrdiscen@discover.com Jan 11 2020 00:31:04       Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518612295         E-mail/Text: mrdiscen@discover.com Jan 11 2020 00:31:04       Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518604104         E-mail/Text: bknotice@ercbpo.com Jan 11 2020 00:32:02       ERC,    PO Box 23870,
                  Jacksonville, FL 32241-3870
518604108        +E-mail/Text: bankruptcy@affglo.com Jan 11 2020 00:31:57       Global Credit & Collection Corp.,
                  5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
518604114         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:17       Jefferson Capital Systems,
                  16 McLeland Road,    Saint Cloud, MN 56303
518604113         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:17       Jefferson Capital Systems,
                  Attn: Fingerhut Direct Marketing,    16 McLeland Road,    Saint Cloud, MN 56303
518604116        +E-mail/Text: bncnotices@becket-lee.com Jan 11 2020 00:31:14       Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518604124         E-mail/Text: camanagement@mtb.com Jan 11 2020 00:31:37       M & T Bank,    Attn: Bankruptcy,
                  Po Box 844,    Buffalo, NY 14240
518631692         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:35:07       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518604129        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:35:06
                  Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518604131        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2020 00:31:51       Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518604138        +E-mail/Text: Bankruptcies@nragroup.com Jan 11 2020 00:33:12       National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
518604137        +E-mail/Text: Bankruptcies@nragroup.com Jan 11 2020 00:33:12       National Recovery Agency,
                  Attn: The Bradford Exchange,    2491 Paxton Street,    Harrisburg, PA 17111-1036
518604141         E-mail/Text: bcwrtoff@cablevision.com Jan 11 2020 00:32:56       Optimum,    6 Corporate Drive,
                  Melville, NY 11747
518604142         E-mail/Text: paola@pcrichard.com Jan 11 2020 00:31:02       P C Richard & Son,
                  150 Price Parkway,    Farmingdale, NY 11735
518604151         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 11 2020 00:35:39
                  T-Mobile Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015
518616654        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:37:11       T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604152         E-mail/Text: bankruptcy@td.com Jan 11 2020 00:31:58       TD Bank, NA,    PO Box 9547,
                  Portland, ME 04112
518604155        +E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 00:32:48       Transworld Systems,
                  500 Virginia Dr, Ste. 514,    Fort Washington, PA 19034-2733
518604159        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 11 2020 00:30:50
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
518604162        +E-mail/Text: collect@williamsalexander.com Jan 11 2020 00:31:34
                  Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
518604161        +E-mail/Text: collect@williamsalexander.com Jan 11 2020 00:31:34
                  Williams, Alexander & Associates,    Attn: Lifeline Morristwon OBGYN Assoc,    PO Box 2148,
                  Wayne, NJ 07474-2148
                                                                                               TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518604078*      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,   Attn: Bankruptcy,   Po Box 168088,
                  Irving, TX 75016)
518604086*      +Capital One Bank US, NA,   15000 Capital One Drive,   Henrico, VA 23238-1119
518604102*      +Distressed Asset Portfolio,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
518604109*      +Global Credit & Collection Corp.,   5440 N. Cumberland Ave., Suite 300,
                  Chicago, IL 60656-1486
518604120*      +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mail Stop MS5/251,
                  Coral Gables, FL 33146-1837
518604125*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,   Attn: Bankruptcy,   PO Box 844,   Buffalo, NY 14240)
518604136*    ++++MORRIS IMAGING ASSOC.,   PO BOX 4238,   PORTSMOUTH NH 03802-4238
                 (address filed with court: Morris Imaging Assoc.,   PO Box 6750,   Portsmouth, NH 03802)
```

```
District/off: 0312-2               User: admin              Page 3 of 3              Date Rcvd: Jan 10, 2020
                                   Form ID: 132             Total Noticed: 83


            ***** BYPASSED RECIPIENTS (continued) *****
518604134*     +Morris County Gastro. Assoc., PA,   16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604146*     +Radius Global Solutions,   PO Box 390846,   Minneapolis, MN 55439-0846
518604160*     +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
518604091     ##+Chrebet Associates, LLC,   Attn: Midatlantic Neonatology Associates,    935 Route 34, Suite 2A,
                 Matawan, NJ 07747-3282
518604092     ##+Chrebet Associates, LLC,   935 Route 34, Suite 2A,   Matawan, NJ 07747-3282
                                                                                        TOTALS: 0, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            John J. Scura, III    on behalf of Joint Debtor Jennifer   Chipelo jscura@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
             a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
            John J. Scura, III    on behalf of Debtor Antonio   Chipelo jscura@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
             a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```