1/08/20  6:12PM

**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Antonio Chipelo**
         **Jennifer Chipelo**

Case No.: **19-32712**
Judge: **Honorable Vincent F. Papalia**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☑ Original
☐ Motions Included
☐ Modified/Notice Required
☐ Modified/No Notice Required
Date: **1/8/2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES  ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES  ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES  ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

| Initial Debtor(s)' Attorney | JJSIII | Initial Debtor: | A C | Initial Co-Debtor | J C |

## Part 1: Payment and Length of Plan

a. The debtor shall pay **150.00 Monthly** to the Chapter 13 Trustee, starting on **January 1, 2020** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property
  Description: **7 Terry Lane, Wharton, NJ 07885**
  Proposed date for completion: **6 months from confirmation**

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Camarrota, LLP** | **Administrative** | **$2,750.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| M & T Bank | 7 Terry Lane Wharton, NJ 07885  Morris County | 100% from sale proceeds |
| U.S. Department of HUD | 7 Terry Lane Wharton, NJ 07885  Morris County | 100% from sale proceeds |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $____ to be distributed *pro rata*

☐  Not less than ___ percent

☑  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Midland Funding LLC | DC 006655-18 | Judgment | 593 | 310,000 | 50,300 | 262,517.40 | All |
| Anesthesia Assoc of Morristown | DJ 037507-13 | Judgment | 969 | 310,000 | 50,300 | 262,517.40 | All |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

5

| | |
|---|---|
| The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant. | |

### Part 9: Modification   ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: January 8 2020    /s/ Antonio Chipelo
**Antonio Chipelo**
Debtor

Date: January 8 2020    /s/ Jennifer Chipelo
**Jennifer Chipelo**
Joint Debtor

Date  January 8 2020    /s/ John J. Scura, III
**John J. Scura, III 022771993 NJ**
Attorney for the Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 19-32712-JKS
Antonio Chipelo                                                           Chapter 13
Jennifer Chipelo
          Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                  Date Rcvd: Jan 10, 2020
                               Form ID: pdf901              Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         +Antonio Chipelo,    Jennifer Chipelo,    7 Terry Lane,    Wharton, NJ 07885-2530
518604079      +Anesthesia Associates of Morristown,    P.O. Box 24002,    Newark, NJ 07101-0410
518604081      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518604082      +BCD Health Partners, LLC,    160 Pehle Ave, Ste. 302,    Saddle Brook, NJ 07663-5227
518604094       CMRE Financial Services,    3075 E. Imperial Hwy, Ste. 200,    Brea, CA 92821-6753
518604093       CMRE Financial Services,    Attn: Atlantic Medical Group,    3075 E. Imperial Hwy, Ste. 200,
                 Brea, CA 92821-6753
518604084      +Caine & Weiner,    12005 Ford Rd.,   Dallas, TX 75234-7262
518604083      +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518604095      +Credit Control,    Attn: American Honda Finance Corporation,    POB 34111,
                 Memphis, TN 38184-0111
518604096      +Crossroads Healthcare Mgmt.,    P.O. Box 090360,    Staten Island, NY 10309-0360
518604098      +David B. Watner,    1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
518604097      +David B. Watner,    Attn: Anesthesia Assoc of Morristown,    1129 Bloomfield Ave., Suite 208,
                 Caldwell, NJ 07006-7123
518604099      +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518604101      +Distressed Asset Portfolio,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
518604103      +Emergency Physicians of Saint Clares LLC,    P.O. Box 808,    Grand Rapids, MI 49518-0808
518604105      +F.H. Cann & Associates, Inc.,    1600 Osgood St., Suite 20-2/120,    North Andover, MA 01845-1048
518604107     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus & Garbus,     60 Motor Parkway,    Commack, NY 11725)
518604106      +Fingerhut Companies, Inc.,    7075 Flying Cloud Drive,    Eden Prairie, MN 55344-3532
518604110      +GS Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
518604111      +HSS Collection Agency,    PO Box 116,   Cliffside Park, NJ 07010-0116
518604112      +IC Systems, Inc.,    444 Highway, 96 East,    Saint Paul, MN 55127-2557
518604115      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518604121      +LCA Collections,    PO Box 2240,   Burlington, NC 27216-2240
518604117      +Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
518604119      +Lakeview Loan Servicing, LLC,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
518604118      +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
518604123      +Lifeline Medical Associates,    PO Box 416555,    Boston, MA 02241-6555
518604122       Lifeline Medical Associates,    PO Box 5190,    Parsippany, NJ 07054-6190
518604128      #MCS Claim Services,    123 Frost Street, Ste. 202,    Westbury, NY 11590-5027
518604127      #MCS Claim Services,    Attn: St Josephs Wayne Hospital,    123 Frost Street, Ste. 202,
                 Westbury, NY 11590-5027
518604132      +MIdland Funding LLC,    Attn: Credit One Bank,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518604135    ++++MORRIS IMAGING ASSOC.,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
               (address filed with court: Morris Imaging Assoc.,     PO Box 6750,    Portsmouth, NH 03802)
518604126      +Maternal Fetal Medicine,    P.O. Box 416524,    Boston, MA 02241-6524
518604130      +Midatlantic Neonatology,    PO Box 10356,    Newark, NJ 07193-0356
518604133      +Morris County Gastro. Assoc., PA,    16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604140      +Northstar Location Services, LLC,    4285 Genessee St.,    Cheektowaga, NY 14225-1943
518604139      +Northstar Location Services, LLC,    Attn: Financial Services Department,    4285 Genessee St.,
                 Cheektowaga, NY 14225-1943
518604143      +Phillips & Cohen Associates, LLC.,    Mail Stop: 147,    1002 Justison Street,
                 Wilmington, DE 19801-5148
518604144      +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518604145      +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518604147      +Radius Global Solutions, LLC,    Attn: Khols Capital One, N.A.,    POB 390846,
                 Minneapolis, MN 55439-0846
518604148       Saint Clare’s Health Sys,    PO Box 35577,    Newark, NJ 07193-5577
518604149      +Santander Bank N.A.,    75 State Street,    Boston, MA 02109-1827
518604150      +St. Joseph Regional Medical Center,    P.O. Box 32035,    New York, NY 10087-2035
518604153      +The Bradford Exchange,    9333 N. Milwaukee Ave.,    Niles, IL 60714-1392
518604154      +The Progressive Corporation,    6300 Wilson Mills Road,    Mayfield VIillage, OH 44143-2182
518627848      +U.S Department of HUD,    26 Federal Plaza,    Suite 3541,    New York, NY 10278-0004
518646868      +Unifund CCR, LLC,    Tsarouhis Law Group,    21 South 9th Street,    Allentown, PA 18102-4861
518604156      +Unifund CCR, LLC to Capital One Bank,    Attn: Kristen Mary Sinclair,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
518604157      +Vanguard Medical,    700 Route 46 East, Ste. 450,    Fairfield, NJ 07004-1583
518604158       Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518604077       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2020 00:32:08      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
```

```
District/off: 0312-2          User: admin              Page 2 of 3                 Date Rcvd: Jan 10, 2020
                              Form ID: pdf901          Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518608076         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2020 00:32:08
                  American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                  Irving, TX 75016-8088,    Bankruptcy Court
518604080        +E-mail/Text: g20956@att.com Jan 11 2020 00:32:41        AT&T,    PO Box 2969,
                  Omaha, NE 68103-2969
518604088         E-mail/Text: ering@cbhv.com Jan 11 2020 00:31:47        CBHV,    PO Box 831,
                  Newburgh, NY 12551-0831
518604085        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2020 00:36:48
                  Capital One Bank US, NA,    15000 Capital One Drive,    Henrico, VA 23238-1119
518604087        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:35:04
                  Carson Smithfield, LLC,    PO Box 9216,   Old Bethpage, NY 11804-9016
518604089        +E-mail/Text: bankruptcy@certifiedcollection.com Jan 11 2020 00:31:42
                  Certified Credit & Collection Bureau,    Attn: St. Clares Dober OP,    PO Box 336,
                  Raritan, NJ 08869-0336
518604090        +E-mail/Text: bankruptcy@certifiedcollection.com Jan 11 2020 00:31:42
                  Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518604100         E-mail/Text: mrdiscen@discover.com Jan 11 2020 00:31:04        Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
518612295         E-mail/Text: mrdiscen@discover.com Jan 11 2020 00:31:04        Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
518604104         E-mail/Text: bknotice@ercbpo.com Jan 11 2020 00:32:01        ERC,    PO Box 23870,
                  Jacksonville, FL 32241-3870
518604108        +E-mail/Text: bankruptcy@affglo.com Jan 11 2020 00:31:57        Global Credit & Collection Corp.,
                  5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
518604114         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:16        Jefferson Capital Systems,
                  16 McLeland Road,    Saint Cloud, MN 56303
518604113         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:16        Jefferson Capital Systems,
                  Attn: Fingerhut Direct Marketing,    16 McLeland Road,    Saint Cloud, MN 56303
518604116        +E-mail/Text: bncnotices@becket-lee.com Jan 11 2020 00:31:13        Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
518604124         E-mail/Text: camanagement@mtb.com Jan 11 2020 00:31:37        M & T Bank,    Attn: Bankruptcy,
                  Po Box 844,    Buffalo, NY 14240
518631692         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:36:52        MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518604129        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:36:45
                  Merrick Bank/CardWorks,    Attn: Bankruptcy,   Po Box 9201,    Old Bethpage, NY 11804-9001
518604131        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2020 00:31:51        Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518604138        +E-mail/Text: Bankruptcies@nragroup.com Jan 11 2020 00:33:12        National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
518604137        +E-mail/Text: Bankruptcies@nragroup.com Jan 11 2020 00:33:12        National Recovery Agency,
                  Attn: The Bradford Exchange,    2491 Paxton Street,    Harrisburg, PA 17111-1036
518604141         E-mail/Text: bcwrtoff@cablevision.com Jan 11 2020 00:32:56        Optimum,    6 Corporate Drive,
                  Melville, NY 11747
518604142         E-mail/Text: paola@pcrichard.com Jan 11 2020 00:31:02        P C Richard & Son,
                  150 Price Parkway,    Farmingdale, NY 11735
518604151         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 11 2020 00:36:31
                  T-Mobile Bankruptcy Team,    P.O. Box 53410,   Bellevue, WA 98015
518616654        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:37:11        T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604152         E-mail/Text: bankruptcy@td.com Jan 11 2020 00:31:58        TD Bank, NA,    PO Box 9547,
                  Portland, ME 04112
518604155        +E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 00:32:48        Transworld Systems,
                  500 Virginia Dr, Ste. 514,    Fort Washington, PA 19034-2733
518604159        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 11 2020 00:30:49
                  Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
518604162        +E-mail/Text: collect@williamsalexander.com Jan 11 2020 00:31:34
                  Williams, Alexander & Associates,    PO Box 2148,   Wayne, NJ 07474-2148
518604161        +E-mail/Text: collect@williamsalexander.com Jan 11 2020 00:31:34
                  Williams, Alexander & Associates,    Attn: Lifeline Morristwon OBGYN Assoc,    PO Box 2148,
                  Wayne, NJ 07474-2148
                                                                                                TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518604078*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    Attn: Bankruptcy,    Po Box 168088,
                  Irving, TX 75016)
518604086*       +Capital One Bank US, NA,    15000 Capital One Drive,   Henrico, VA 23238-1119
518604102*       +Distressed Asset Portfolio,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
518604109*       +Global Credit & Collection Corp.,    5440 N. Cumberland Ave., Suite 300,
                  Chicago, IL 60656-1486
518604120*       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                  Coral Gables, FL 33146-1837
518604125*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                  (address filed with court: M & T Bank,    Attn: Bankruptcy,    PO Box 844,   Buffalo, NY 14240)
518604136*     ++++MORRIS IMAGING ASSOC.,    PO BOX 4238,   PORTSMOUTH NH 03802-4238
                  (address filed with court: Morris Imaging Assoc.,    PO Box 6750,    Portsmouth, NH 03802)
```

```
District/off: 0312-2          User: admin                 Page 3 of 3                  Date Rcvd: Jan 10, 2020
                              Form ID: pdf901             Total Noticed: 83


            ***** BYPASSED RECIPIENTS (continued) *****
518604134*       +Morris County Gastro. Assoc., PA,    16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604146*       +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518604160*       +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
518604091       ##+Chrebet Associates, LLC,    Attn: Midatlantic Neonatology Associates,    935 Route 34, Suite 2A,
                   Matawan, NJ 07747-3282
518604092       ##+Chrebet Associates, LLC,    935 Route 34, Suite 2A,    Matawan, NJ 07747-3282
                                                                                          TOTALS: 0, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Joint Debtor Jennifer  Chipelo jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              John J. Scura, III    on behalf of Debtor Antonio  Chipelo jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```