UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-32712-JKS |
| Antonio Chipelo | Chapter: | 13 |
| Jennifer Chipelo | Judge: | JKS |

### NOTICE OF PROPOSED PRIVATE SALE

 Antonion Chipelo & Jennifer Ch, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:  Clerk, US Bankruptcy Court - District of New Jersey
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___John K Sherwood___ on ___August 13, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3D___, ___50 Walnut Street Newark, NJ 07102___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   7 Terry Lane, Wharton, NJ

> Proposed Purchaser:   Mercedes Concepcion and Juan Chacho

> Sale price:  $340,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Nauana Burgio of ReMax Select & David C. Wigfiled, Esq. |
| Amount to be paid: | 5% of sales price for Realtor & $475/hr Attorney, $175/hr Paralegal |
| Services rendered: | The Realtor has marketed the property, qualified potential buyers, assisted with the sale negotiations, coordinated the closing of title and provided other similar services if requested by the Debtor.<br><br>The Attorney has worked with all parties to facilitate closing of title. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: David L. Stevens, Esq.- Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.

Address: 1599 Hamburg Turnpike, Wayne, New Jersey 07470

Telephone No.: (973) 696-8391

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-32712-JKS
Antonio Chipelo                                                           Chapter 13
Jennifer Chipelo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 3              Date Rcvd: Jul 17, 2020
                              Form ID: pdf905              Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
```
db/jdb       +Antonio Chipelo,   Jennifer Chipelo,    7 Terry Lane,    Wharton, NJ 07885-2530
r            +Nauana Naniii Burigo,    20 West Main Street,    Rockaway, NJ 07866-3402
518604079    +Anesthesia Associates of Morristown,    P.O. Box 24002,    Newark, NJ 07101-0410
518604081    +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518604082    +BCD Health Partners, LLC,    160 Pehle Ave, Ste. 302,    Saddle Brook, NJ 07663-5227
518604094     CMRE Financial Services,    3075 E. Imperial Hwy, Ste. 200,    Brea, CA 92821-6753
518604093     CMRE Financial Services,    Attn: Atlantic Medical Group,    3075 E. Imperial Hwy, Ste. 200,
               Brea, CA 92821-6753
518604084    +Caine & Weiner,    12005 Ford Rd.,    Dallas, TX 75234-7262
518604083    +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518664476     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518604096    +Crossroads Healthcare Mgmt.,    P.O. Box 090360,    Staten Island, NY 10309-0360
518604098    +David B. Watner,    1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
518604097    +David B. Watner,    Attn: Anesthesia Assoc of Morristown,    1129 Bloomfield Ave., Suite 208,
               Caldwell, NJ 07006-7123
518604099    +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
518604101    +Distressed Asset Portfolio,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
518687795    +Distressed Asset Portfolio III LLC,    Morgan Boardstein and Morgan,    1236 Brace Road Suite K,
               Cherry Hill, NJ 08034-3229
518604103   #+Emergency Physicians of Saint Clares LLC,    P.O. Box 808,    Grand Rapids, MI 49518-0808
518604105    +F.H. Cann & Associates, Inc.,    1600 Osgood St., Suite 20-2/120,    North Andover, MA 01845-1048
518604107   ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
518604106    +Fingerhut Companies, Inc.,    7075 Flying Cloud Drive,    Eden Prairie, MN 55344-3532
518604110    +GS Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
518604111    +HSS Collection Agency,    PO Box 116,    Cliffside Park, NJ 07010-0116
518604112    +IC Systems, Inc.,    444 Highway, 96 East,    Saint Paul, MN 55127-2557
518604115    +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518604121    +LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
518604117    +Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
518707986    +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
518604118    +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
               Coral Gables, FL 33146-1873
518604119    +Lakeview Loan Servicing, LLC,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
518604123    +Lifeline Medical Associates,    PO Box 416555,    Boston, MA 02241-6555
518604122     Lifeline Medical Associates,    PO Box 5190,    Parsippany, NJ 07054-6190
518604128    #MCS Claim Services,    123 Frost Street, Ste. 202,    Westbury, NY 11590-5027
518604127    #MCS Claim Services,    Attn: St Josephs Wayne Hospital,    123 Frost Street, Ste. 202,
               Westbury, NY 11590-5027
518604132    +MIdland Funding LLC,    Attn: Credit One Bank,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
               Parsippany, NJ 07054-5020
518604135  ++++MORRIS IMAGING ASSOC.,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
              (address filed with court: Morris Imaging Assoc.,    PO Box 6750,    Portsmouth, NH 03802)
518604126    +Maternal Fetal Medicine,    P.O. Box 416524,    Boston, MA 02241-6524
518604130    +Midatlantic Neonatology,    PO Box 10356,    Newark, NJ 07193-0356
518604133    +Morris County Gastro. Assoc., PA,    16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604140    +Northstar Location Services, LLC,    4285 Genessee St.,    Cheektowaga, NY 14225-1943
518604139    +Northstar Location Services, LLC,    Attn: Financial Services Department,    4285 Genessee St.,
               Cheektowaga, NY 14225-1943
518604143    +Phillips & Cohen Associates, LLC.,    Mail Stop: 147,    1002 Justison Street,
               Wilmington, DE 19801-5148
518604144    +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518604145    +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518604147    +Radius Global Solutions, LLC,    Attn: Khols Capital One, N.A.,    POB 390846,
               Minneapolis, MN 55439-0846
518604148     Saint Clare's Health Sys,    PO Box 35577,    Newark, NJ 07193-5577
518604149    +Santander Bank N.A.,    75 State Street,    Boston, MA 02109-1827
518604150    +St. Joseph Regional Medical Center,    P.O. Box 32035,    New York, NY 10087-2035
518604153    +The Bradford Exchange,    9333 N. Milwaukee Ave.,    Niles, IL 60714-1392
518604154    +The Progressive Corporation,    6300 Wilson Mills Road,    Mayfield VIillage, OH 44143-2182
518646868    +Unifund CCR, LLC,    Tsarouhis Law Group,    21 South 9th Street,    Allentown, PA 18102-4861
518604156    +Unifund CCR, LLC to Capital One Bank,    Attn: Kristen Mary Sinclair,    1236 Brace Road, Suite K,
               Cherry Hill, NJ 08034-3229
518604157    +Vanguard Medical,    700 Route 46 East, Ste. 450,    Fairfield, NJ 07004-1583
518604158     Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:28      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
```

```
District/off: 0312-2          User: admin                  Page 2 of 3                   Date Rcvd: Jul 17, 2020
                              Form ID: pdf905              Total Noticed: 91


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518608076      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 18 2020 02:52:40
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    Bankruptcy Court
518604077      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 18 2020 02:52:40       American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518604080     +E-mail/Text: g20956@att.com Jul 18 2020 02:53:12      AT&T,    PO Box 2969,
                 Omaha, NE 68103-2969
518697325     +E-mail/Text: g20956@att.com Jul 18 2020 02:53:13      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,     ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
518681499      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 02:55:43
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518604088      E-mail/Text: ering@cbhv.com Jul 18 2020 02:52:20      CBHV,    PO Box 831,
                 Newburgh, NY 12551-0831
518604085     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2020 02:56:37
                 Capital One Bank US, NA,    15000 Capital One Drive,    Henrico, VA 23238-1119
518604087     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:54:06
                 Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
518604089     +E-mail/Text: bankruptcy@certifiedcollection.com Jul 18 2020 02:52:11
                 Certified Credit & Collection Bureau,    Attn: St. Clares Dober OP,    PO Box 336,
                 Raritan, NJ 08869-0336
518604090     +E-mail/Text: bankruptcy@certifiedcollection.com Jul 18 2020 02:52:11
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518604100      E-mail/Text: mrdiscen@discover.com Jul 18 2020 02:50:43      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518612295      E-mail/Text: mrdiscen@discover.com Jul 18 2020 02:50:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518604104      E-mail/Text: bknotice@ercbpo.com Jul 18 2020 02:52:33      ERC,    PO Box 23870,
                 Jacksonville, FL 32241-3870
518604108     +E-mail/Text: bankruptcy@affglo.com Jul 18 2020 02:52:29      Global Credit & Collection Corp.,
                 5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
518604114      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2020 02:52:45      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
518604113      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2020 02:52:45      Jefferson Capital Systems,
                 Attn: Fingerhut Direct Marketing,    16 McLeland Road,    Saint Cloud, MN 56303
518685443      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2020 02:52:45      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518604116     +E-mail/Text: bncnotices@becket-lee.com Jul 18 2020 02:51:02      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518604124      E-mail/Text: camanagement@mtb.com Jul 18 2020 02:51:53      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518631692      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:56:22       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518604129     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:54:06
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518604131     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2020 02:52:22      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518695489     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2020 02:52:22      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518604138     +E-mail/Text: Bankruptcies@nragroup.com Jul 18 2020 02:53:41      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
518604137     +E-mail/Text: Bankruptcies@nragroup.com Jul 18 2020 02:53:41      National Recovery Agency,
                 Attn: The Bradford Exchange,    2491 Paxton Street,    Harrisburg, PA 17111-1036
518604141      E-mail/Text: bcwrtoff@cablevision.com Jul 18 2020 02:53:29      Optimum,    6 Corporate Drive,
                 Melville, NY 11747
518604142      E-mail/Text: paola@pcrichard.com Jul 18 2020 02:50:27      P C Richard & Son,
                 150 Price Parkway,    Farmingdale, NY 11735
518604151      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jul 18 2020 02:54:05
                 T-Mobile Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015
518616654     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2020 02:57:03       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604152      E-mail/Text: bankruptcy@td.com Jul 18 2020 02:52:30      TD Bank, NA,    PO Box 9547,
                 Portland, ME 04112
518604155     +E-mail/Text: bankruptcydepartment@tsico.com Jul 18 2020 02:53:20       Transworld Systems,
                 500 Virginia Dr, Ste. 514,    Fort Washington, PA 19034-2733
518627848      E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jul 18 2020 02:55:26       U.S Department of HUD,
                 26 Federal Plaza,    Suite 3541,    New York, NY 10278
518604159     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2020 02:50:05
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
518691855     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2020 02:57:04       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604162     +E-mail/Text: collect@williamsalexander.com Jul 18 2020 02:51:49
                 Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
518604161     +E-mail/Text: collect@williamsalexander.com Jul 18 2020 02:51:49
                 Williams, Alexander & Associates,    Attn: Lifeline Morristwon OBGYN Assoc,    PO Box 2148,
                 Wayne, NJ 07474-2148
```

```
District/off: 0312-2                User: admin                  Page 3 of 3                    Date Rcvd: Jul 17, 2020
                                    Form ID: pdf905              Total Noticed: 91
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                         TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518604078*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    Attn: Bankruptcy,    Po Box 168088,
                  Irving, TX 75016)
518604086*       +Capital One Bank US, NA,    15000 Capital One Drive,    Henrico, VA 23238-1119
518604102*       +Distressed Asset Portfolio,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
518604109*       +Global Credit & Collection Corp.,    5440 N. Cumberland Ave., Suite 300,
                  Chicago, IL 60656-1486
518604120*       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                  Coral Gables, FL 33146-1873
518604125*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:  M & T Bank,    Attn: Bankruptcy,    PO Box 844,    Buffalo, NY 14240)
518604136*    ++++MORRIS IMAGING ASSOC.,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
                (address filed with court:  Morris Imaging Assoc.,    PO Box 6750,    Portsmouth, NH 03802)
518604134*       +Morris County Gastro. Assoc., PA,    16 Pocono Road, Suite 201,    Denville, NJ 07834-2907
518604146*       +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518604160*       +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
518604091       ##+Chrebet Associates, LLC,    Attn: Midatlantic Neonatology Associates,    935 Route 34, Suite 2A,
                  Matawan, NJ 07747-3282
518604092       ##+Chrebet Associates, LLC,    935 Route 34, Suite 2A,    Matawan, NJ 07747-3282
518604095       ##+Credit Control,    Attn: American Honda Finance Corporation,    POB 34111,
                  Memphis, TN 38184-0111
                                                                                                TOTALS: 0, * 10, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Antonio  Chipelo jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              John J. Scura, III    on behalf of Joint Debtor Jennifer  Chipelo jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6
```