UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.: _____

Chapter: _____

In Re:

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in the this matter.

☐ am the secretary/paralegal for _____, who represents
_____ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.       On _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

3.       I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____          _____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

# Certified Mail / RR

**American Honda Finance**
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 168088
Irving, TX 75016

**Capital One Bank US, NA**
Attn: Vice President / C.E.O. / Resp. Agent
15000 Capital One Drive
Henrico, VA 23238

**CMRE Financial Services**
Attn: Vice President / C.E.O. / Resp. Agent
3075 E. Imperial Hwy, Ste. 200
Brea, CA 92821-6753

**Discover Financial**
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 15316
Wilmington, DE 19850

**M & T Bank**
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 844
Buffalo, NY 14240

**Lakeview Loan Servicing, LLC**
Attn: Vice President / C.E.O. / Resp. Agent
475 Crosspoint Parkway
Getzville, NY 14068

**Midland Funding**
Attn: Vice President / C.E.O. / Resp. Agent
2365 Northside Dr Ste 300
San Diego, CA 92108

**NorthStar Location Services, LLC**
Attn: Financial Services Department
Attn: Vice President / C.E.O. / Resp. Agent
4285 Genessee St.
Cheektowaga, NY 14225

**Santander Bank N.A.**
Attn: Vice President / C.E.O. / Resp. Agent
75 State Street
Boston, MA 02109

**TD Bank, NA**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 9547
Portland, ME 04112

# Regular Mail

**Anesthesia Associates of Morristown**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 24002
Newark, NJ 07101

**AT&T**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 2969
Omaha, NE 68103

**Atlantic Medical Group**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 419101
Boston, MA 02241

**BCD Health Partners, LLC**
Attn: Vice President / C.E.O. / Resp. Agent
160 Pehle Ave, Ste. 302
Saddle Brook, NJ 07663

**Caine & Weiner**
12005 Ford Rd.
Dallas, TX 75234

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411

**CBHV**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 831
Newburgh, NY 12551-0831

**Chrebet Associates, LLC**
Attn: Midatlantic Neonatology Associates
Attn: Vice President / C.E.O. / Resp. Agent
935 Route 34, Suite 2A
Matawan, NJ 07747

**Certified Credit & Collection Bureau**
Attn: St. Clare's Dover OP
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 336
Raritan, NJ 08869

**Carson Smithfield, LLC**
PO Box 9216
Old Bethpage, NY 11804

**Department Store National Bank/Macy's**
Attn: Vice President / C.E.O. / Resp. Agent
9111 Duke Boulevard
Mason, OH 45040

**Certified Credit & Collection Bureau**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 1750
Whitehouse Station, NJ 08889

**David B. Watner**
1129 Bloomfield Ave., Suite 208
Caldwell, NJ 07007-6189

**Emergency Physicians of Saint Clares LLC** Attn:
Vice President / C.E.O. / Resp. Agent
P.O. Box 808
Grand Rapids, MI 49518

**Fingerhut Companies, Inc.**
Attn: Vice President / C.E.O. / Resp. Agent
7075 Flying Cloud Drive
Eden Prairie, MN 55344

**GS Services Limited Partnership**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 3855
Houston, TX 77253

**Crossroads Healthcare Mgmt.**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 090360
Staten Island, NY 10309

**ERC**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 23870
Jacksonville, FL 32241-3870

**Forster, Garbus & Garbus**
60 Motor Parkway
Commack, NY 11725

**HSS Collection Agency**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 116
Cliffside Park, NJ 07010

**Distressed Asset Portfolio**
Attn: Vice President / C.E.O. / Resp. Agent
10625 Techwoods Circle
Cincinnati, OH 45242

**F.H. Cann & Associates, Inc.**
1600 Osgood St., Suite 20-2/120
North Andover, MA 01845

**Global Credit & Collection Corp.**
Attn: Vice President / C.E.O. / Resp. Agent
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656

**IC Systems, Inc.**
Attn: Vice President / C.E.O. / Resp. Agent
444 Highway, 96 East
Saint Paul, MN 55127

**Jefferson Capital Systems**
Attn: Fingerhut Direct Marketing
Attn: Vice President / C.E.O. / Resp. Agent
16 McLeland Road
Saint Cloud, MN 56303

**Kohls/Capital One**
Attn: Credit Administrator
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 3043
Milwaukee, WI 53201

**KML Law Group, P.C.**
Attn: Vice President / C.E.O. / Resp. Agent
701 Market St. #5000
Philadelphia, PA 19106

**LCA Collections**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 2240
Burlington, NC 27216

**Laboratory Corporation of America**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 2240
Burlington, NC 27216-6000

**MCS Claim Services**
Attn: Vice President / C.E.O. / Resp. Agent
123 Frost Street, Ste. 202
Westbury, NY 11590-5027

**Lifeline Medical Associates**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 5190
Parsippany, NJ 07054-6190

**Lifeline Medical Associates**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 416555
Boston, MA 02241

**National Recovery Agency**
Attn: Vice President / C.E.O. / Resp. Agent
2491 Paxton Street
Harrisburg, PA 17111

**PC Richard & Son**
Attn: Vice President / C.E.O. / Resp. Agent
150 Price Parkway
Farmingdale, NY 11735

**Radius Global Solutions**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 390846
Minneapolis, MN 55439

**St. Joseph Regional Medical Center**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 32035
New York, NY 10087

**Maternal Fetal Medicine**
P.O. Box 416524
Boston, MA 02241

**Merrick Bank/CardWorks**
Attn: Bankruptcy
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 9201
Old Bethpage, NY 11804

**Morris County Gastro. Assoc., PA**
16 Pocono Road, Suite 201
Denville, NJ 07834

**Phillips & Cohen Associates, LLC.**
Mail Stop: 147
1002 Justison Street
Wilmington, DE 19801

**Saint Clare's Health Sys**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 35577
Newark, NJ 07193-5577

**T-Mobile Bankruptcy Team**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 53410
Bellevue, WA 98015

**MCS Claim Services**
Attn: St Joseph's Wayne Hospital
Attn: Vice President / C.E.O. / Resp. Agent
123 Frost Street, Ste. 202
Westbury, NY 11590-5027

**Midatlantic Neonatology**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 10356
Newark, NJ 07193

**Morris Imaging Assoc.**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 6750
Portsmouth, NH 03802

**Optimum**
Attn: Vice President / C.E.O. / Resp. Agent
6 Corporate Drive
Melville, NY 11747

**Pressler, Felt & Washaw, LLP**
7 Entin Road
Parsippany, NJ 07054

**The Bradford Exchange**
Attn: Vice President / C.E.O. / Resp. Agent
9333 N. Milwaukee Ave.
Niles, IL 60714

**U.S. Department of HUD**
26 Federal Plaza, Suite 3541
New York, NY 10278

**Verizon**
Verizon Wireless Bk Admin
Attn: Vice President / C.E.O. / Resp. Agent
500 Technology Dr Ste 550
Weldon Springs, MO 63304

**Williams, Alexander & Associates**
Attn: Lifeline Morristown OBGYN Assoc
PO Box 2148
Wayne, NJ 07474

**Vanguard Medical**
Attn: Vice President / C.E.O. / Resp. Agent
700 Route 46 East, Ste.
450 Fairfield, NJ 07004

**The Progressive Corporation**
Attn: Vice President / C.E.O. / Resp. Agent
6300 Wilson Mills Road
Mayfield Village, OH 44143

**Transworld Systems**
Attn: Vice President / C.E.O. / Resp. Agent
500 Virginia Dr, Ste. 514
Fort Washington, PA 19034

**Vengroff Williams, Inc.**
PO Box 4155
Sarasota, FL 34230-4155

**Williams, Alexander & Associates**
PO Box 2148
Wayne, NJ 07474

**Antonio Chipelo / Jenifer Chipelo**
7 Terry Lane
Wharton, NJ 07885

**Denise Carlon Esquire**
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108