UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel.: 973-696-8391
John J. Scura, III, Esq.
E-Mail: jscura@scura.com
Counsel to Debtor(s)

Order Filed on July 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Antonio Chipelo,
and
Jennifer Chipelo,
            Debtor(s)

Case No.:    19-32712

Chapter:    13

Judge:    JKS

## ORDER AUTHORIZING RETENTION OF

David C. Wigfield, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___David C. Wigfield, Esq.___
as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1599 Hamburg Turnpike
   Wayne, NJ 07474

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*