UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Counsel for Debtor

Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Antonio Chipelo & Jennifer Chipelo

Debtor.

Case No.:         19-32712
Hearing Date:     August 13, 2020
Chapter:          13
Judge:            John K. Sherwood

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**

**DATED: August 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 7 Terry Lane, Wharton, _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 2016-1(d) and D.N.J. LBR 6004-5, the following professional(s) shall be paid at closing.

| | |
|---|---|
| Name of professional: | Nauana Nanii Burigo of Re/Max Select & David C. Wigfield Esq. |
| Amount to be paid: | 5% of sale price for Realtor and $475/hr for Attorney ($175/hr Paralegal) |
| Services rendered: | The professional has marketed the property, qualified potential buyers, assisted with the sale negotiations, coordinated the closing of title and provided other similar services if requested by the Debtor. |
| | The Attorney has worked with all parties to facilitate closing of title. |

**AND:** ☒ Sufficient funds may be held in escrow by the Debtors' attorney to pay attorney's fees for the Debtors' attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $____50,300____ claimed as exempt shall be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.  The balance of the proceeds will be determined by deducting the first mortgage amount, reasonable closing costs, special counsel fees, and realtor commissions from the sale proceeds.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:

The fourteen-day stay is waived pursuant to Fed. R. Bankr. P. 6004(h).

*rev.8/1/15*