UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
LakeView Loan Servicing, LLC

| | |
|---|---|
| In Re: | Case No.: _____19-32712-JKS_____ |
| Antonio Chipelo & Jennifer Chipelo, | Chapter: _____13_____ |
| Debtors. | Hearing Date: ____10/22/2020____ |
| | Judge: _____Sherwood_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled           ☒ Withdrawn

Matter: <u>Motion for Relif from Stay (Docket # 16)</u>

_____

Date: _10/21/2020_____           /s/ Denise Carlon_____
                                        Signature

*rev.8/1/15*