Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−32712−JKS
Chapter:  13
Judge:  John K. Sherwood

---

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Antonio Chipelo                           Jennifer Chipelo
    7 Terry Lane                              7 Terry Lane
    Wharton, NJ 07885                         Wharton, NJ 07885

Social Security No.:
    xxx−xx−7791

                                             xxx−xx−2627

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        12/10/20
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
David C Wigfield, Special Counsel

COMMISSION OR FEES
$1,250.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 27, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Antonio Chipelo

Jennifer Chipelo

   Debtor(s)

Case No. 19-32712-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 137 | Total Noticed: 90 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antonio Chipelo, Jennifer Chipelo, 7 Terry Lane, Wharton, NJ 07885-2530 |
| aty | + | David C Wigfield, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| r | + | Nauana Naniii Burigo, 20 West Main Street, Rockaway, NJ 07866-3402 |
| 518604079 | + | Anesthesia Associates of Morristown, P.O. Box 24002, Newark, NJ 07101-0410 |
| 518604081 | + | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 518604082 | + | BCD Health Partners, LLC, 160 Pehle Ave, Ste. 302, Saddle Brook, NJ 07663-5227 |
| 518604094 | | CMRE Financial Services, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604093 | | CMRE Financial Services, Attn: Atlantic Medical Group, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604084 | + | Caine & Weiner, 12005 Ford Rd., Dallas, TX 75234-7262 |
| 518604083 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518664476 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518604096 | + | Crossroads Healthcare Mgmt., P.O. Box 090360, Staten Island, NY 10309-0360 |
| 518604099 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518604098 | + | David B. Watner, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07006-7123 |
| 518604097 | + | David B. Watner, Attn: Anesthesia Assoc of Morristown, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07006-7123 |
| 518604101 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518687795 | + | Distressed Asset Portfolio III LLC, Morgan Boardstein and Morgan, 1236 Brace Road Suite K, Cherry Hill, NJ 08034-3229 |
| 518604103 | #+ | Emergency Physicians of Saint Clares LLC, P.O. Box 808, Grand Rapids, MI 49518-0808 |
| 518604105 | + | F.H. Cann & Associates, Inc., 1600 Osgood St., Suite 20-2/120, North Andover, MA 01845-1048 |
| 518604107 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518604106 | + | Fingerhut Companies, Inc., 7075 Flying Cloud Drive, Eden Prairie, MN 55344-3532 |
| 518604110 | + | GS Services Limited Partnership, P.O. Box 3855, Houston, TX 77253-3855 |
| 518604111 | + | HSS Collection Agency, PO Box 116, Cliffside Park, NJ 07010-0116 |
| 518604112 | + | IC Systems, Inc., 444 Highway, 96 East, Saint Paul, MN 55127-2557 |
| 518604115 | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518604121 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518604117 | + | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518604119 | + | Lakeview Loan Servicing, LLC, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 518707986 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518604118 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1873 |
| 518604123 | + | Lifeline Medical Associates, PO Box 416555, Boston, MA 02241-6555 |
| 518604122 | | Lifeline Medical Associates, PO Box 5190, Parsippany, NJ 07054-6190 |
| 518604132 | + | MIdland Funding LLC, Attn: Credit One Bank, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518604135 | ++++ | MORRIS IMAGING ASSOC., PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604126 | + | Maternal Fetal Medicine, P.O. Box 416524, Boston, MA 02241-6524 |

| | | |
|---|---|---|
| 518604130 | + | Midatlantic Neonatology, PO Box 10356, Newark, NJ 07193-0356 |
| 518604133 | + | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604140 | + | Northstar Location Services, LLC, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604139 | + | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604143 | + | Phillips & Cohen Associates, LLC., Mail Stop: 147, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518604144 | + | Pressler, Felt & Washaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518604145 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604147 | + | Radius Global Solutions, LLC, Attn: Khols Capital One, N.A., POB 390846, Minneapolis, MN 55439-0846 |
| 518604148 | | Saint Clare's Health Sys, PO Box 35577, Newark, NJ 07193-5577 |
| 518604149 | + | Santander Bank N.A., 75 State Street, Boston, MA 02109-1827 |
| 518604150 | + | St. Joseph Regional Medical Center, P.O. Box 32035, New York, NY 10087-2035 |
| 518604153 | + | The Bradford Exchange, 9333 N. Milwaukee Ave., Niles, IL 60714-1392 |
| 518604154 | + | The Progressive Corporation, 6300 Wilson Mills Road, Mayfield Vllilage, OH 44143-2182 |
| 518646868 | + | Unifund CCR, LLC, Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 518604156 | + | Unifund CCR, LLC to Capital One Bank, Attn: Kristen Mary Sinclair, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518604157 | + | Vanguard Medical, 700 Route 46 East, Ste. 450, Fairfield, NJ 07004-1583 |
| 518604158 | | Vengroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2020 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2020 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518608076 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2020 20:54:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, Bankruptcy Court |
| 518604077 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2020 20:54:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604080 | + | Email/Text: g20956@att.com | Oct 27 2020 20:54:00 | AT&T, PO Box 2969, Omaha, NE 68103-2969 |
| 518697325 | + | Email/Text: g20956@att.com | Oct 27 2020 20:54:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518681499 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2020 23:03:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518604088 | | Email/Text: ering@cbhv.com | Oct 27 2020 20:54:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 518604085 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 27 2020 23:03:11 | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518604087 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2020 23:03:05 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 518604090 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 27 2020 20:53:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518604089 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 27 2020 20:53:00 | Certified Credit & Collection Bureau, Attn: St. Clares Dober OP, PO Box 336, Raritan, NJ 08869-0336 |
| 518604100 | | Email/Text: mrdiscen@discover.com | Oct 27 2020 20:52:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518612295 | | Email/Text: mrdiscen@discover.com | Oct 27 2020 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518604104 | | Email/Text: bknotice@ercbpo.com | Oct 27 2020 20:54:00 | ERC, PO Box 23870, Jacksonville, FL |

| | | | | 32241-3870 |
|---|---|---|---|---|
| 518604108 | + | Email/Text: bankruptcy@affglo.com | Oct 27 2020 20:54:00 | Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604114 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2020 20:54:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518604113 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2020 20:54:00 | Jefferson Capital Systems, Attn: Fingerhut Direct Marketing, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518685443 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2020 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518604116 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2020 20:52:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518604124 | | Email/Text: camanagement@mtb.com | Oct 27 2020 20:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518631692 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2020 22:59:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518604129 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2020 22:59:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518604131 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2020 20:54:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518695489 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2020 20:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518604137 | + | Email/Text: Bankruptcies@nragroup.com | Oct 27 2020 20:54:00 | National Recovery Agency, Attn: The Bradford Exchange, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604138 | + | Email/Text: Bankruptcies@nragroup.com | Oct 27 2020 20:54:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604141 | | Email/Text: bcwrtoff@cablevision.com | Oct 27 2020 20:54:00 | Optimum, 6 Corporate Drive, Melville, NY 11747 |
| 518604142 | | Email/Text: paola@pcrichard.com | Oct 27 2020 20:52:00 | P C Richard & Son, 150 Price Parkway, Farmingdale, NY 11735 |
| 518604151 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 27 2020 23:01:12 | T-Mobile Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015 |
| 518616654 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 27 2020 22:59:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604152 | | Email/Text: bankruptcy@td.com | Oct 27 2020 20:54:00 | TD Bank, NA, PO Box 9547, Portland, ME 04112 |
| 518604155 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 27 2020 20:54:00 | Transworld Systems, 500 Virginia Dr, Ste. 514, Fort Washington, PA 19034-2733 |
| 518627848 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 27 2020 23:01:20 | U.S. Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518691855 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 27 2020 22:59:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604159 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 27 2020 20:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518604161 | + | Email/Text: collect@williamsalexander.com | Oct 27 2020 20:53:00 | Williams, Alexander & Associates, Attn: Lifeline Morristwon OBGYN Assoc, PO Box 2148, Wayne, NJ 07474-2148 |
| 518604162 | + | Email/Text: collect@williamsalexander.com | Oct 27 2020 20:53:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 38

District/off: 0312-2                          User: admin                                    Page 4 of 5
Date Rcvd: Oct 27, 2020                       Form ID: 137                              Total Noticed: 90

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518604078 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604086 | *+ | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518604102 | *+ | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518604109 | *+ | Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604120 | *+ | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1873 |
| 518604125 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 518604136 | *++++ | MORRIS IMAGING ASSOC., PO BOX 4238, PORTSMOUTH NH 03802-4238, address filed with court:, Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604134 | *+ | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604146 | *+ | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604160 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518604092 | ##+ | Chrebet Associates, LLC, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604091 | ##+ | Chrebet Associates, LLC, Attn: Midatlantic Neonatology Associates, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604095 | ##+ | Credit Control, Attn: American Honda Finance Corporation, POB 34111, Memphis, TN 38184-0111 |
| 518604128 | ## | MCS Claim Services, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |
| 518604127 | ## | MCS Claim Services, Attn: St Josephs Wayne Hospital, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |
| jdb | *+ | Jennifer Chipelo, 7 Terry Lane, Wharton, NJ 07885-2530 |

TOTAL: 0 Undeliverable, 11 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J. Scura, III | on behalf of Debtor Antonio Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John J. Scura, III | on behalf of Joint Debtor Jennifer Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com |

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6