Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
David C. Wigfield, Esq.
dwigfield@scura.com
Special Counsel for Debtors

In Re:

Antonio Chipelo &
Jennifer Chipelo,

Debtors

Case No.: 19-32712

Chapter: 13

Judge: JKS

# ORDER GRANTING CHAPTER 13 FEES TO SPECIAL COUNSEL

The relief set forth on the following page is **ORDERED**.

**DATED: December 17, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____1,250.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____1,250.00_____ . The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*