| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>Fax: (973) 696-8571<br>Attorneys for Debtr<br>John J. Scura III, Esq.<br>jscura@scura.com | Order Filed on December 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Antonio Chipelo &<br>Jennifer Chipelo,<br><br>Debtors | Case No.: 19-32712<br><br>Chapter: 13<br><br>Judge: JKS |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 17, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____3,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,000.00_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32712-JKS |
| Antonio Chipelo | Chapter 13 |
| Jennifer Chipelo | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antonio Chipelo, Jennifer Chipelo, 7 Terry Lane, Wharton, NJ 07885-2530 |
| aty | + | David C Wigfield, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J. Scura, III | |
| | on behalf of Debtor Antonio Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John J. Scura, III | |
| | on behalf of Joint Debtor Jennifer Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Marie-Ann Greenberg | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 2 |

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6