SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  ANTONIO CHIPELO
JENNIFER CHIPELO
7 TERRY LANE
WHARTON,  NJ  07885

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-32712

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/13/2020 | $150.00 | 6559185000 | 03/03/2020 | $150.00 | 26532510208 |
| 04/03/2020 | $150.00 | 6688620000 | 05/26/2020 | $150.00 | 6812892000 |
| 08/14/2020 | $300.00 | 7011209000 | 12/09/2020 | $500.00 | 7295753000 |
| 01/05/2021 | $550.00 | 7358263000 | | | |

**Total Receipts: $1,950.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,950.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 146.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T MOBILITY II LLC | UNSECURED | 1,290.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 2,749.42 | 0.00% | 0.00 | 0.00 |
| 0003 | ANESTHESIA ASSOCIATES OF MORRISTC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CMRE FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CAINE & WEINER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | DISTRESSED ASSET PORTFOLIO, III, LLC | UNSECURED | 2,166.42 | 0.00% | 0.00 | 0.00 |
| 0013 | CERTIFIED CREDIT & COLLECTION BURI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | CHREBET ASSOCIATES, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | DISCOVER BANK | UNSECURED | 1,177.99 | 0.00% | 0.00 | 0.00 |
| 0025 | EMERGENCY PHYSICIANS OF SAINT CLA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 408.97 | 0.00% | 0.00 | 0.00 |
| 0034 | JEFFERSON CAPITAL SYSTEMS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | CAPITAL ONE, N.A. | UNSECURED | 584.93 | 0.00% | 0.00 | 0.00 |
| 0041 | LIFELINE MEDICAL ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | LIFELINE MEDICAL ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | M & T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-32712**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0045 | MCS CLAIM SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | MERRICK BANK | UNSECURED | 805.59 | 0.00% | 0.00 | 0.00 |
| 0049 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | MORRIS COUNTY GASTRO. ASSOC., PA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | MORRIS IMAGING ASSOC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0056 | NORTHSTAR LOCATION SERVICES, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0057 | OPTIMUM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0058 | P C RICHARD & SON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0063 | SAINT CLARE'S HEALTH SYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0064 | SANTANDER BANK N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0065 | ST. JOSEPH REGIONAL MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0066 | T MOBILE | UNSECURED | 372.82 | 0.00% | 0.00 | 0.00 |
| 0067 | TD BANK, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0068 | THE BRADFORD EXCHANGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0069 | THE PROGRESSIVE CORPORATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0072 | UNIFUND CCR LLC | UNSECURED | 2,243.45 | 0.00% | 0.00 | 0.00 |
| 0073 | VANGUARD MEDICAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0075 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 877.17 | 0.00% | 0.00 | 0.00 |
| 0076 | WILLIAMS, ALEXANDER & ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0080 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 260.55 | 0.00% | 0.00 | 0.00 |
| 0081 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 0.00% | 0.00 | 0.00 |
| 0083 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0084 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 283.00 | 0.00% | 0.00 | 0.00 |
| 0085 | BCD HEALTH PARTNERS, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0086 | MIDLAND FUNDING LLC | UNSECURED | 593.25 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $146.85**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $1,950.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $146.85    =    Funds on Hand: $1,803.15

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.