| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.:  _____<br><br>Chapter:  _____<br><br>Adv. No.:  _____<br><br>Hearing Date:  _____<br><br>Judge:  _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  _____                    _____
                                                                                                        Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |