Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−32712−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antonio Chipelo<br>7 Terry Lane<br>Wharton, NJ 07885 | Jennifer Chipelo<br>7 Terry Lane<br>Wharton, NJ 07885 |

Social Security No.:
  xxx−xx−7791                                       xxx−xx−2627

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 29, 2021.

Dated: January 29, 2021
JAN: zlh

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-32712-JKS
Antonio Chipelo                                                                           Chapter 13
Jennifer Chipelo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                             Page 1 of 5
Date Rcvd: Jan 29, 2021                Form ID: plncf13                     Total Noticed: 90

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antonio Chipelo, Jennifer Chipelo, 7 Terry Lane, Wharton, NJ 07885-2530 |
| aty | + | David C Wigfield, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| r | + | Nauana Naniii Burigo, 20 West Main Street, Rockaway, NJ 07866-3402 |
| 518604079 | + | Anesthesia Associates of Morristown, P.O. Box 24002, Newark, NJ 07101-0410 |
| 518604081 | + | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 518604082 | + | BCD Health Partners, LLC, 160 Pehle Ave, Ste. 302, Saddle Brook, NJ 07663-5227 |
| 518604094 | | CMRE Financial Services, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604093 | | CMRE Financial Services, Attn: Atlantic Medical Group, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604084 | + | Caine & Weiner, 12005 Ford Rd., Dallas, TX 75234-7262 |
| 518604083 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518664476 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518604096 | + | Crossroads Healthcare Mgmt., P.O. Box 090360, Staten Island, NY 10309-0360 |
| 518604099 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518604098 | + | David B. Watner, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07006-7123 |
| 518604097 | + | David B. Watner, Attn: Anesthesia Assoc of Morristown, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07006-7123 |
| 518604101 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518687795 | + | Distressed Asset Portfolio III LLC, Morgan Boardstein and Morgan, 1236 Brace Road Suite K, Cherry Hill, NJ 08034-3229 |
| 518604103 | #+ | Emergency Physicians of Saint Clares LLC, P.O. Box 808, Grand Rapids, MI 49518-0808 |
| 518604105 | + | F.H. Cann & Associates, Inc., 1600 Osgood St., Suite 20-2/120, North Andover, MA 01845-1048 |
| 518604107 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518604106 | + | Fingerhut Companies, Inc., 7075 Flying Cloud Drive, Eden Prairie, MN 55344-3532 |
| 518604110 | + | GS Services Limited Partnership, P.O. Box 3855, Houston, TX 77253-3855 |
| 518604111 | + | HSS Collection Agency, PO Box 116, Cliffside Park, NJ 07010-0116 |
| 518604112 | + | IC Systems, Inc., 444 Highway, 96 East, Saint Paul, MN 55127-2557 |
| 518604115 | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518604121 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 518604117 | + | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518707986 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518604118 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1873 |
| 518604119 | + | Lakeview Loan Servicing, LLC, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 518604122 | | Lifeline Medical Associates, PO Box 5190, Parsippany, NJ 07054-6190 |
| 518604123 | + | Lifeline Medical Associates, PO Box 416555, Boston, MA 02241-6555 |
| 518604132 | + | MIdland Funding LLC, Attn: Credit One Bank, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518604135 | ++++ | MORRIS IMAGING ASSOC., PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604126 | + | Maternal Fetal Medicine, P.O. Box 416524, Boston, MA 02241-6524 |

Case 19-32712-JKS    Doc 55    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc Imaged
                         Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 90 |

| | | |
|---|---|---|
| 518604130 | + | Midatlantic Neonatology, PO Box 10356, Newark, NJ 07193-0356 |
| 518604133 | + | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604140 | + | Northstar Location Services, LLC, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604139 | + | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604143 | + | Phillips & Cohen Associates, LLC., Mail Stop: 147, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518604144 | + | Pressler, Felt & Washaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518604145 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604147 | + | Radius Global Solutions, LLC, Attn: Khols Capital One, N.A., POB 390846, Minneapolis, MN 55439-0846 |
| 518604148 | | Saint Clare's Health Sys, PO Box 35577, Newark, NJ 07193-5577 |
| 518604149 | + | Santander Bank N.A., 75 State Street, Boston, MA 02109-1827 |
| 518604150 | + | St. Joseph Regional Medical Center, P.O. Box 32035, New York, NY 10087-2035 |
| 518604153 | + | The Bradford Exchange, 9333 N. Milwaukee Ave., Niles, IL 60714-1392 |
| 518604154 | + | The Progressive Corporation, 6300 Wilson Mills Road, Mayfield VIillage, OH 44143-2182 |
| 518646868 | + | Unifund CCR, LLC, Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 518604156 | + | Unifund CCR, LLC to Capital One Bank, Attn: Kristen Mary Sinclair, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518604157 | + | Vanguard Medical, 700 Route 46 East, Ste. 450, Fairfield, NJ 07004-1583 |
| 518604158 | | Vengroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518608076 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2021 21:55:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, Bankruptcy Court |
| 518604077 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2021 21:55:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604080 | + | Email/Text: g20956@att.com | Jan 29 2021 21:55:00 | AT&T, PO Box 2969, Omaha, NE 68103-2969 |
| 518697325 | + | Email/Text: g20956@att.com | Jan 29 2021 21:55:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518681499 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 22:03:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518604088 | | Email/Text: ering@cbhv.com | Jan 29 2021 21:54:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 518604085 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:47 | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518604087 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 22:04:18 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 518604090 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 29 2021 21:54:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518604089 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 29 2021 21:54:00 | Certified Credit & Collection Bureau, Attn: St. Clares Dober OP, PO Box 336, Raritan, NJ 08869-0336 |
| 518604100 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518612295 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518604104 | | Email/Text: bknotice@ercbpo.com | Jan 29 2021 21:54:00 | ERC, PO Box 23870, Jacksonville, FL |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 90 |

| | | | | |
|---|---|---|---|---|
| 518604108 | + | Email/Text: bankruptcy@affglo.com | Jan 29 2021 21:54:00 | 32241-3870<br>Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604114 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2021 21:55:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518604113 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2021 21:55:00 | Jefferson Capital Systems, Attn: Fingerhut Direct Marketing, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518685443 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2021 21:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518604116 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 29 2021 21:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518604124 | | Email/Text: camanagement@mtb.com | Jan 29 2021 21:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518631692 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 22:04:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518604129 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2021 22:04:18 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518604131 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2021 21:54:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518695489 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2021 21:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518604137 | + | Email/Text: Bankruptcies@nragroup.com | Jan 29 2021 21:56:00 | National Recovery Agency, Attn: The Bradford Exchange, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604138 | + | Email/Text: Bankruptcies@nragroup.com | Jan 29 2021 21:56:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604141 | | Email/Text: bcwrtoff@cablevision.com | Jan 29 2021 21:55:00 | Optimum, 6 Corporate Drive, Melville, NY 11747 |
| 518604142 | | Email/Text: paola@pcrichard.com | Jan 29 2021 21:52:00 | P C Richard & Son, 150 Price Parkway, Farmingdale, NY 11735 |
| 518604151 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jan 29 2021 22:02:55 | T-Mobile Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015 |
| 518616654 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 29 2021 22:03:59 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604152 | | Email/Text: bankruptcy@td.com | Jan 29 2021 21:54:00 | TD Bank, NA, PO Box 9547, Portland, ME 04112 |
| 518604155 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 29 2021 21:55:00 | Transworld Systems, 500 Virginia Dr, Ste. 514, Fort Washington, PA 19034-2733 |
| 518627848 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 29 2021 22:03:45 | U.S Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518691855 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 29 2021 22:03:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604159 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 29 2021 21:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518604161 | + | Email/Text: collect@williamsalexander.com | Jan 29 2021 21:54:00 | Williams, Alexander & Associates, Attn: Lifeline Morristwon OBGYN Assoc, PO Box 2148, Wayne, NJ 07474-2148 |
| 518604162 | + | Email/Text: collect@williamsalexander.com | Jan 29 2021 21:54:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518604078 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604086 | *+ | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518604102 | *+ | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518604109 | *+ | Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604120 | *+ | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1873 |
| 518604125 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 518604136 | *++++ | MORRIS IMAGING ASSOC., PO BOX 4238, PORTSMOUTH NH 03802-4238, address filed with court:, Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604134 | *+ | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604146 | *+ | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604160 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518604092 | ##+ | Chrebet Associates, LLC, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604091 | ##+ | Chrebet Associates, LLC, Attn: Midatlantic Neonatology Associates, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604095 | ##+ | Credit Control, Attn: American Honda Finance Corporation, POB 34111, Memphis, TN 38184-0111 |
| 518604128 | ## | MCS Claim Services, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |
| 518604127 | ## | MCS Claim Services, Attn: St Josephs Wayne Hospital, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 10 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J. Scura, III | on behalf of Debtor Antonio Chipelo jscura@scura.com ecfbkfilings@scurameley.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John J. Scura, III | on behalf of Joint Debtor Jennifer Chipelo jscura@scura.com ecfbkfilings@scurameley.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |