| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Antonio Chipelo | Social Security number or ITIN   xxx–xx–7791 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Jennifer Chipelo | Social Security number or ITIN   xxx–xx–2627 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–32712–JKS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Antonio Chipelo                                Jennifer Chipelo

_4/4/25_                                          **By the court:** _John K. Sherwood_
                                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:

Antonio Chipelo

Jennifer Chipelo

    Debtors

Case No. 19-32712-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 04, 2025 | Form ID: 3180W | Total Noticed: 90 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antonio Chipelo, Jennifer Chipelo, 7 Terry Lane, Wharton, NJ 07885-2530 |
| aty | + | David C Wigfield, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| r | + | Nauana Naniii Burigo, 20 West Main Street, Rockaway, NJ 07866-3402 |
| 518604079 | + | Anesthesia Associates of Morristown, P.O. Box 24002, Newark, NJ 07101-0410 |
| 518604092 | + | Chrebet Associates, LLC, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604091 | + | Chrebet Associates, LLC, Attn: Midatlantic Neonatology Associates, 935 Route 34, Suite 2A, Matawan, NJ 07747-3282 |
| 518604095 | + | Credit Control, Attn: American Honda Finance Corporation, POB 34111, Memphis, TN 38184-0111 |
| 518604101 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518687795 | + | Distressed Asset Portfolio III LLC, Morgan Boardstein and Morgan, 1236 Brace Road Suite K, Cherry Hill, NJ 08034-3229 |
| 518604103 | + | Emergency Physicians of Saint Clares LLC, P.O. Box 808, Grand Rapids, MI 49518-0808 |
| 518604105 | + | F.H. Cann & Associates, Inc., 1600 Osgood St., Suite 20-2/120, North Andover, MA 01845-1048 |
| 518604107 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518604106 | + | Fingerhut Companies, Inc., 7075 Flying Cloud Drive, Eden Prairie, MN 55344-3532 |
| 518604108 | + | Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604111 | + | HSS Collection Agency, PO Box 116, Cliffside Park, NJ 07010-0116 |
| 518604115 | + | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518604116 | + | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518604119 | + | Lakeview Loan Servicing, LLC, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 518604123 | + | Lifeline Medical Associates, PO Box 416555, Boston, MA 02241-6555 |
| 518604128 | | MCS Claim Services, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |
| 518604127 | | MCS Claim Services, Attn: St Josephs Wayne Hospital, 123 Frost Street, Ste. 202, Westbury, NY 11590-5027 |
| 518604126 | + | Maternal Fetal Medicine, P.O. Box 416524, Boston, MA 02241-6524 |
| 518604130 | + | Midatlantic Neonatology, PO Box 10356, Newark, NJ 07193-0356 |
| 518604133 | + | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604135 | | Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604148 | | Saint Clare's Health Sys, PO Box 35577, Newark, NJ 07193-5577 |
| 518604150 | + | St. Joseph Regional Medical Center, P.O. Box 32035, New York, NY 10087-2035 |
| 518646868 | + | Unifund CCR, LLC, Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 518604156 | + | Unifund CCR, LLC to Capital One Bank, Attn: Kristen Mary Sinclair, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518604162 | + | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |
| 518604161 | + | Williams, Alexander & Associates, Attn: Lifeline Morristwon OBGYN Assoc, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

District/off: 0312-2 | User: admin | Page 2 of 5
Date Rcvd: Apr 04, 2025 | Form ID: 3180W | Total Noticed: 90

| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| --- | --- | --- | --- |
| 518608076 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 04 2025 21:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, Bankruptcy Court |
| 518604077 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 04 2025 21:14:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604080 | + EDI: ATTWIREBK.COM | Apr 05 2025 00:49:00 | AT&T, Po Box 2969, Omaha, NE 68103-2969 |
| 518697325 | + EDI: ATTWIREBK.COM | Apr 05 2025 00:49:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518681499 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 21:16:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518604081 | ^ MEBN | Apr 04 2025 21:09:33 | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 518604088 | Email/Text: esther@cbhv.com | Apr 04 2025 21:14:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 518604094 | Email/Text: EBN_Brea@meduitrcm.com | Apr 04 2025 21:13:00 | CMRE Financial Services, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604093 | Email/Text: EBN_Brea@meduitrcm.com | Apr 04 2025 21:13:00 | CMRE Financial Services, Attn: Atlantic Medical Group, 3075 E. Imperial Hwy, Ste. 200, Brea, CA 92821-6753 |
| 518604084 | + Email/Text: caineweiner@ebn.phinsolutions.com | Apr 04 2025 21:13:57 | Caine & Weiner, 12005 Ford Rd., Dallas, TX 75234-7230 |
| 518604083 | + Email/Text: caineweiner@ebn.phinsolutions.com | Apr 04 2025 21:13:57 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518604085 | + EDI: CAPITALONE.COM | Apr 05 2025 00:49:00 | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518664476 | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 21:16:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518604087 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 21:27:46 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 518604090 | + Email/Text: bankruptcy@certifiedcollection.com | Apr 04 2025 21:14:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518604089 | + Email/Text: bankruptcy@certifiedcollection.com | Apr 04 2025 21:14:00 | Certified Credit & Collection Bureau, Attn: St. Clares Dober OP, PO Box 336, Raritan, NJ 08869-0336 |
| 518604098 | Email/Text: watnerlaw@gmail.com | Apr 04 2025 21:13:00 | David B. Watner, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07007-6189 |
| 518604097 | Email/Text: watnerlaw@gmail.com | Apr 04 2025 21:13:00 | David B. Watner, Attn: Anesthesia Assoc of Morristown, 1129 Bloomfield Ave., Suite 208, Caldwell, NJ 07007-6189 |
| 518604100 | EDI: DISCOVER | Apr 05 2025 00:49:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518604099 | EDI: CITICORP | Apr 05 2025 00:49:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518612295 | EDI: DISCOVER | Apr 05 2025 00:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518604110 | Email/Text: GCSBankruptcy@gcserv.com | Apr 04 2025 21:13:00 | GS Services Limited Partnership, P.O. Box 3855, Houston, TX 77253 |

District/off: 0312-2                     User: admin                                    Page 3 of 5
Date Rcvd: Apr 04, 2025                  Form ID: 3180W                                  Total Noticed: 90

| | | | |
|---|---|---|---|
| 518604112 | + EDI: LCIICSYSTEM | Apr 05 2025 00:49:00 | IC Systems, Inc., 444 Highway, 96 East, Saint Paul, MN 55127-2557 |
| 518604114 | EDI: JEFFERSONCAP.COM | Apr 05 2025 00:49:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518604113 | EDI: JEFFERSONCAP.COM | Apr 05 2025 00:49:00 | Jefferson Capital Systems, Attn: Fingerhut Direct Marketing, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518685443 | EDI: JEFFERSONCAP.COM | Apr 05 2025 00:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518604117 | Email/Text: govtaudits@labcorp.com | Apr 04 2025 21:13:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-6000 |
| 518604121 | Email/Text: govtaudits@labcorp.com | Apr 04 2025 21:13:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 518707986 | ^ MEBN | Apr 04 2025 21:08:06 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518604118 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 04 2025 21:13:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1839 |
| 518604124 | Email/Text: camanagement@mtb.com | Apr 04 2025 21:14:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518631692 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 21:17:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518604129 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 21:17:00 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518604131 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518695489 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518604137 | + Email/Text: Bankruptcies@nragroup.com | Apr 04 2025 21:14:00 | National Recovery Agency, Attn: The Bradford Exchange, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604138 | + Email/Text: Bankruptcies@nragroup.com | Apr 04 2025 21:14:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518604140 | ^ MEBN | Apr 04 2025 21:07:32 | Northstar Location Services, LLC, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604139 | ^ MEBN | Apr 04 2025 21:07:33 | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 518604141 | Email/Text: bcwrtoff@cablevision.com | Apr 04 2025 21:14:00 | Optimum, 6 Corporate Drive, Melville, NY 11747 |
| 518604142 | Email/Text: paola@pcrichard.com | Apr 04 2025 21:13:00 | P C Richard & Son, 150 Price Parkway, Farmingdale, NY 11735 |
| 518604132 | Email/Text: signed.order@pfwattorneys.com | Apr 04 2025 21:13:00 | MIdland Funding LLC, Attn: Credit One Bank, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518604144 | Email/Text: signed.order@pfwattorneys.com | Apr 04 2025 21:13:00 | Pressler, Felt & Washaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518604143 | + Email/Text: pcabkt@phillips-cohen.com | Apr 04 2025 21:13:00 | Phillips & Cohen Associates, LLC., Mail Stop: 147, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518604145 | + Email/Text: ngisupport@radiusgs.com | Apr 04 2025 21:13:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604147 | + Email/Text: ngisupport@radiusgs.com | Apr 04 2025 21:13:00 | Radius Global Solutions, LLC, Attn: Khols Capital |

District/off: 0312-2 | User: admin | Page 4 of 5
Date Rcvd: Apr 04, 2025 | Form ID: 3180W | Total Noticed: 90

| | | | | One, N.A., POB 390846, Minneapolis, MN 55439-0846 |
|---|---|---|---|---|
| 518604149 | + | Email/Text: DeftBkr@santander.us | Apr 04 2025 21:14:00 | Santander Bank N.A., 75 State Street, Boston, MA 02109-1827 |
| 518604151 | | EDI: AISTMBL.COM | Apr 05 2025 00:49:00 | T-Mobile Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015 |
| 518616654 | + | EDI: AIS.COM | Apr 05 2025 00:49:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604152 | | EDI: TDBANKNORTH.COM | Apr 05 2025 00:49:00 | TD Bank, NA, PO Box 9547, Portland, ME 04112 |
| 518604153 | ^ | MEBN | Apr 04 2025 21:09:24 | The Bradford Exchange, 9333 N. Milwaukee Ave., Niles, IL 60714-1392 |
| 518604154 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 04 2025 21:13:00 | The Progressive Corporation, 6300 Wilson Mills Road, Mayfield VIillage, OH 44143-2182 |
| 518604155 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 04 2025 21:14:00 | Transworld Systems, 500 Virginia Dr, Ste. 514, Fort Washington, PA 19034-2733 |
| 518627848 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 04 2025 21:27:48 | U.S Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518604158 | ^ | MEBN | Apr 04 2025 21:09:09 | Vengroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 518691855 | + | EDI: AIS.COM | Apr 05 2025 00:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604159 | + | EDI: VERIZONCOMB.COM | Apr 05 2025 00:49:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518604078 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518604086 | *+ | Capital One Bank US, NA, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 518604102 | *+ | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 518604109 | *+ | Global Credit & Collection Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518604120 | *+ | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Mail Stop MS5/251, Coral Gables, FL 33146-1839 |
| 518604125 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 518604134 | *+ | Morris County Gastro. Assoc., PA, 16 Pocono Road, Suite 201, Denville, NJ 07834-2907 |
| 518604136 | * | Morris Imaging Assoc., PO Box 6750, Portsmouth, NH 03802 |
| 518604146 | *+ | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518604160 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518604082 | ##+ | BCD Health Partners, LLC, 160 Pehle Ave, Ste. 302, Saddle Brook, NJ 07663-5227 |
| 518604096 | ##+ | Crossroads Healthcare Mgmt., P.O. Box 090360, Staten Island, NY 10309-0360 |
| 518604104 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518604122 | ## | Lifeline Medical Associates, PO Box 5190, Parsippany, NJ 07054-6190 |
| 518604157 | ##+ | Vanguard Medical, 700 Route 46 East, Ste. 450, Fairfield, NJ 07004-1583 |

TOTAL: 0 Undeliverable, 10 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Jennifer Chipelo jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| Jamal J Romero | on behalf of Debtor Antonio Chipelo jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| John J. Scura, III | on behalf of Debtor Antonio Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| John J. Scura, III | on behalf of Joint Debtor Jennifer Chipelo jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7